# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Joseph Lee Slider,

    Plaintiff,

v.

Captain Howell, *et al.*,

    Defendants.

Case No. 2:18–cv–255

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On April 3, 2018, Magistrate Judge Jolson issued an order and report and recommendation ("R&R") granting Plaintiff's motion to proceed *in forma pauperis* and recommending that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2). ECF No. 6. Magistrate Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 7–8. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and this case is **DISMISSED** in its entirety. The Clerk is **DIRECTED** to terminate this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**